1
2
3
4
5
6
7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9
XIONG LEE,                          )        1:08cv01550 DLB
10                                  )
                                    )
11                                  )
                                    )        ORDER DISMISSING ACTION
12            Plaintiff,            )        WITH PREJUDICE
                                    )
13       vs.                        )        (Document 14)
                                    )
14  MICHAEL J. ASTRUE, Commissioner, )
                                    )
15                                  )
                                    )
16            Defendant.            )
_____)
17
        Pursuant to the parties' stipulation to dismiss with prejudice filed on June 30, 2009, this
18
action is DISMISSED WITH PREJUDICE.  Each party shall bear his or her own costs and expenses,
19
including, but not limited to, attorney fees under the Equal Access to Justice Act, 28 U.S.C.
20
§ 2412(d).
21

22
    IT IS SO ORDERED.
23
    Dated:   **June 30, 2009**              _____ **/s/ Dennis L. Beck** _____
24                                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28
                                           1